UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00450

**Glenda Moreno,**
*Plaintiff,*

v.

**Sanderson Farms, Inc. (Processing Division),**
*Defendant.*

# ORDER

Plaintiff Glenda Moreno filed this action on November 17, 2021, alleging disability discrimination in employment against defendant Sanderson Farms, Inc. (Processing Division). Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 3.

On October 4, 2022, the magistrate judge issued a report recommending that defendant's motion for summary judgment be granted and the case dismissed with prejudice. Doc. 22. Plaintiff did not file written objections. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court accepts the magistrate judge's report and recommendation (Doc. 22) and dismisses this action with prejudice. Any pending motions are denied as moot.

*So ordered by the court on October 24, 2022.*

J. CAMPBELL BARKER
United States District Judge