UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00450

**Glenda Moreno,**
*Plaintiff,*

v.

**Sanderson Farms, Inc. (Processing Division),**
*Defendant.*

## FINAL JUDGMENT

The court, having rendered its decision by order and opinion, hereby enters final judgment that all claims in the matter are dismissed with prejudice. Any pending motions are denied as moot. The clerk of court is directed to close the case.

*So ordered by the court on October 24, 2022.*

J. Campbell Barker
United States District Judge